```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DANIEL RICE,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>ROBIN COLLIN,<br><br>　　　　　　Defendant. | No. 20-CV-9045 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Plaintiff Daniel Rice filed a <u>pro se</u> petition under 28 U.S.C. § 2241, challenging the legality of his sentence entered in <u>United States v. Rice</u>, No. 02-CR-723 (S.D.N.Y. July 13, 2004).  (<u>See</u> dkt. no. 1.)  On November 16, 2020, the Court construed Mr. Rice's petition as a motion under 28 U.S.C. § 2255 and directed him, within sixty days, to either (1) "notify the Court in writing if he wishes to withdraw the motion" or (2) "file a declaration showing cause why the motion should not be denied."  (Dkt. no. at 5.)  Mr. Rice never complied with that directive.  Accordingly, his petition [dkt. no. 1] is <u>DENIED</u>.  The Clerk of the Court shall (1) mark this action closed and (2) mail a copy of this order to Mr. Rice.

**SO ORDERED.**

Dated:　　September 9, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA, U.S.D.J.

1